Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH BURNETT<br><br>Defendant. | NO. CR17-029JLR<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE<br><br>~~PROPOSED~~ |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue trial date and pretrial motions due date is GRANTED. The trial date in this matter is continued to September 5, 2017. All pretrial motions, including motions in limine, shall be filed no later than July 6, 2017.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PTMs
DUE DATE- 1
*USA v. Burnett* / CR17-029JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the period of time from the date of this order through the new trial date of September 5, 2017 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE this 6th day of March, 2017.

James L. Robart
United States District Judge

Presented by:

s/ *Jesse G. Cantor*
Jesse G. Cantor
Assistant Federal Public Defender
Attorney for Kenneth Burnett

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND PTMs
DUE DATE- 2
*USA v. Burnett* / CR17-029JLR

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100