The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-029-JLR |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS 1-8 OF GOVERNMENT'S SENTENCING MEMO |
| KENNETH R. BURNETT, | |
| Defendant. | |

Having reviewed Exhibits 1-8 of the Government's Sentencing Memo, which were filed under seal, and the Government's Motion to Seal requesting that the government's exhibits be allowed to remain under seal,

It is hereby ORDERED that Exhibits 1-8 of the Government's Sentencing Memo in this matter shall remain sealed.

DATED this 30th day of August, 2017.

HON. JAMES L. ROBART
United States District Judge

Order to Seal Exhibits 1-8 of Government's Sentencing Memo
*United States v. Kenneth R. Burnett;* CR17-029-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970