The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH R. BURNETT<br><br>Defendant. | NO. CR17-029 JLR<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Kenneth R. Burnett's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 20 pages in length.

DATED this 25th day of April, 2022.

*[signature]*

JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
FILE A BRIEF IN EXCESS OF TWELVE PAGES /
*United States v. Burnett,* CR17-029 JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060) 553-7970