The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-029 JLR |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |
| v. | |
| KENNETH R. BURNETT, | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Burnett,* CR1-029 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) be filed under seal.

DATED this 25th day of April, 2022.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Sealing Order
*United States v. Burnett,* CR1-029 JLR

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970